**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IPA TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>KYOCERA CORPORATION; KYOCERA INTERNATIONAL, INC.; AND KYOCERA COMMUNICATIONS, INC.,<br><br>Defendants. | ) | C.A. No. 17-263-RGA |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS**
**KYOCERA CORPORATION AND KYOCERA COMMUNICATIONS, INC.**

Plaintiff IPA Technologies Inc. ("IPA") and Defendants Kyocera Corporation, Kyocera International, Inc., and Kyocera Communications, Inc. submit the following Stipulation of Dismissal Without Prejudice as to Defendants Kyocera Corporation and Kyocera Communications, Inc. and in support thereof state:

1. On March 13, 2017, Plaintiff IPA filed suit against Kyocera Corporation, Kyocera International, Inc. and Kyocera Communications, Inc. for infringement of U.S. Patent Nos. 6,742,021 and 6,523,061.

2. Kyocera Corporation, Kyocera International, Inc., and Kyocera Communications, Inc. represent and warrant that:

   a. Kyocera Corporation is a holding company which does not engage in activities under the Patent Act, 35 U.S.C. §§ 1-376, in the United States. Furthermore, Kyocera Corporation does not instruct, direct, or control the activities of its subsidiaries (or any other entity) relative to the operation or design of wireless device features and functionality.

b. Effective July 1, 2016, Kyocera Communications, Inc. was consolidated into Kyocera International, Inc. to become the Communications Equipment Group of Kyocera International, Inc. As of July 2016, Kyocera Communications, Inc. ceased to exist.

c. Kyocera Corporation, Kyocera International, Inc., and Kyocera Communications, Inc. agree that for purposes of discovery in this case, documents and information in the possession, custody, or control of Kyocera Corporation or previously in the possession, custody, or control of Kyocera Communications, Inc., or any of their respective subsidiaries, are deemed to be in the possession, custody, and control of Kyocera International, Inc. Kyocera International, Inc. will not object to a request for deposition on the grounds that the prospective deponent is an employee of Kyocera Corporation or any its respective subsidiaries (though nothing in this stipulation prevents Kyocera International, Inc. from objecting to a deposition on other grounds).

d. Kyocera International, Inc. is the proper party to defend against allegations made in this patent infringement lawsuit. Furthermore, Kyocera International, Inc. or any assignee of Kyocera International, Inc. is able to satisfy any judgment in this patent infringement lawsuit against it. Kyocera Corporation, Kyocera International, Inc., and Kyocera Communications, Inc. each warrant and represent that they will not take any action that will cause Kyocera International, Inc. to be unable to fully satisfy any such judgment.

3. IPA expressly does not stipulate or agree to any of the foregoing facts, and reserves its right to dispute any of the foregoing factual representations with evidence to the contrary.

4. In reliance upon the representations and warranties made in paragraphs 2(a) – 2(d) above, IPA agrees to dismiss Kyocera Corporation and Kyocera Communications, Inc. without prejudice as allowed under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

5. IPA has not released, and nothing in this Stipulation should be construed as a release or discharge of, any claim IPA has or may have in the future against any defendant named in this action or any other asserted infringer of the patents-in-suit. All other rights have been expressly reserved.

Accordingly, IPA, Kyocera Corporation, Kyocera International, Inc., and Kyocera Communications, Inc. request that the Court enter the attached order dismissing Kyocera Corporation and Kyocera Communications, Inc. without prejudice.

Dated: April 24, 2017

BAYARD, P.A.

By: */s/ Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#3519)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

OF COUNSEL:

Marc A. Fenster
Brian Ledahl
Adam Hoffman
Amir Naini
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474

*Attorneys for Plaintiff IPA Technologies Inc.*

OF COUNSEL:

Jose L. Patiño
Nicola A. Pisano
Justin E. Gray
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 847-6700

*Attorneys for Defendant Kyocera International, Inc., and Specially Appearing for Defendants Kyocera Corporation and Kyocera Communications, Inc.*